NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH COVINO,                              )
a/k/a JOSEPH LOUIS COVINO,                  )
                                           )
        Appellant,                          )
                                           )
v.                                          )        Case No. 2D18-3398
                                           )
STATE OF FLORIDA,                          )
                                           )
        Appellee.                           )
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Manatee
County; Charles Sniffen, Judge.

Joseph Covino, pro se.

Ashley Moody, Attorney General,
Tallahassee, and William Stone, Jr.,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.